# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM BLANDINO,
Petitioner,
vs.
JOSEPH LOMBARDO, SHERIFF; THE
HONORABLE MICHELLE LEAVITT,
DISTRICT JUDGE; THE HONORABLE
JAMES E. WILSON, DISTRICT JUDGE;
AND THE HONORABLE CHIEF LINDA
MARIE BELL, OF THE EIGHTH
JUDICIAL DISTRICT COURT,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83618

FILED

OCT 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR EXTRAORDINARY WRIT RELIEF

This emergency, original petition for extraordinary writ relief seeks an order temporarily lifting house arrest restrictions on petitioner leaving the county for purposes of going on an out-of-state road trip with and/or visiting petitioner's sons.

Having reviewed the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (noting that the decision to entertain a petition for writ relief lies

21-29433

within the discretion of this court). Without prejudice to petitioner's ability to seek relief first in the district court, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.                    _____, J.
Parraguirre                                                          Stiglich

cc:    Hon. James E. Wilson, District Judge
        Hon. Linda Marie Bell, Chief Judge
        Hon. Michelle Leavitt, District Judge
        Kim Blandino
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]We note that petitioner's failure to comply with NRAP 32(a)(9)(B) constitutes an additional basis on which to deny relief.